■
### Sterling DAVIS v. STATE.
### No. 17717.

Court of Criminal Appeals of Texas.
Dec. 4, 1935.

Gordon O. McGehee, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; a misdemeanor; penalty assessed at confinement in the county jail for thirty days.

The complaint and information appear regular. The record is before us without statement of facts and bills of exception. Nothing has been perceived which would justify a reversal or require discussion.

The judgment is affirmed.

■
### Joe FIELDS v. STATE.
### No. 17839.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of property of the value of more than $50; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

■
### O. J. GARMS v. STATE.
### No. 17871.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

W. W. Kirk, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for two years.

The facts heard in the trial court are not brought up for review. There are requests for certain instructions to the jury which cannot be appraised in the absence of the statement of facts. The indictment appears regular and regularly presented.

Nothing has been perceived in the record which would authorize a reversal of the judgment. It is therefore affirmed.